FILED
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

6/25

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Benito CONTRERAS-Mesa, Defendant. | Mag. Case No. 08-1591M-SD<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U.S.C., Section 1326 Deported Alien Found In the United States |

The undersigned complainant being duly sworn states:

On or about June 25, 2008, within the Southern District of California, defendant Benito CONTRERAS-Mesa, an alien, who previously had been excluded, deported or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Chris M. Cantu
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF JUNE 2008.

Jay R. Irwin
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Benito CONTRERAS-Mesa

## STATEMENT OF FACTS

On June 25, 2008, at approximately 7:30am, Border Patrol Agent Damon Thompson encountered a subject later identified as Benito CONTRERAS-Mesa approximately .25 miles to the east of the Andrade, AZ Port of Entry. At that time it was determined that CONTRERAS was a Mexican Citizen without proper documents to be or remain in the United States legally. He was taken into custody, field processed, and then transported to the Yuma, AZ Border Patrol Station for further Processing.