**UNITED STATES DISTRICT COURT** **MAGISTRATE JUDGE'S MINUTES**
**SOUTHERN DISTRICT OF CALIFORNIA - Yuma**

DATE: 6/26/2008 CASE NUMBER: 08-15911M-SD

USA vs. Benito Contreras-Mesa

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney None Present INTERPRETER Ricardo Gonzalez
LANGUAGE Spanish

Attorney for Defendant Lorna Spencer (AFPD)
MATERIAL WITNESS(es): ____
MATERIAL WITNESS(es) state true name(s) to be: ____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 6/25/08 ☒ Initial Appearance ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken ☐ Defendant Sworn ☐ Financial Afdvt sealed
☐ Rule 5(c)(3) ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| | |
|---|---|
| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released ____<br>☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for: 7/10/08 at 1:30 pm<br>Before: Magistrate Judge Lewis<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: ____<br>☐ Held ☐ Con't ☐ Reset<br>Set for:<br>Before: |

Other: First appearance is set for 7/3/08 at 1:30 pm before Magistrate Judge Peter C. Lewis in El Centro, California.

Recorded by Courtsmart (3 min)
BY: Angela J. Tuohy
Deputy Clerk